Filed 02/16/16    Case 12-13170    Doc 681



```
 1  TRUDI G. MANFREDO, Bar No. 166474
 2  Chapter 7 Trustee
    377 W. Fallbrook Ave., Ste. 102
 3  Fresno, California 93711
    Telephone:  (559) 242-5577
 4  Facsimile:  (559) 513-8148
```

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| In the Matter of | ) Case No. 12-13170-A-7 |
|---|---|
| AUGUSTINE PENA, III, | ) Chapter 7 |
| Debtor(s). | ) **TURNOVER OF UNCLAIMED FUNDS** |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check #4391 in the sum of $51,777.03 representing a unclaimed dividends in the above-named case. The name and address of the claimants entitled to said unclaimed dividends are as follows:

| | | |
|---|---|---|
| $11,069.25 | Bank of America c/o Michael R. Gonzales, Buckley Madole, P.C., 301 E. Ocean Blvd., Ste. 1720, Long Beach, CA 90802 |
| $ 1,059.99 | Bank of America c/o Michael R. Gonzales, Buckley Madole, P.C., 301 E. Ocean Blvd., Ste. 1720, Long Beach, CA 90802 |
| $ 5,559.51 | Aurora Bank c/o Aldridge Pite Attn: Moses Sandoval 4375 Jutland Dr., Ste. 200, San Diego, CA 92177-0933 |
| $   532.38 | Aurora Bank c/o Aldridge Pite Attn: Moses Sandoval 4375 Jutland Dr., Ste. 200, San Diego, CA 92177-0933 |

1

| | | |
|---|---|---|
| 1 | $ 7,621.28 | Bayview Loan Servicing, LLC, 62516 Collection Center Dr., Chicago, IL 60693 |
| 2 | $ 729.81 | Bayview Loan Servicing, LLC, 62516 Collection Center Dr., Chicago, IL 60693 |
| 3 | $23,002.13 | ASC c/o Aldridge Pite Attn: Moses Sandoval 4375 Jutland Dr., Ste. 200, San Diego, CA 92177-0933 |
| 4 | $ 2,202.68 | ASC c/o Aldridge Pite Attn: Moses Sandoval 4375 Jutland Dr., Ste. 200, San Diego, CA 92177-0933 |

Dated: 2-9-16

/s/ Trudi G. Manfredo
TRUDI G. MANFREDO, TRUSTEE